IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIO MAZARIEGOS HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security, et al.,<br><br>    Defendants. | 8:13CV113<br><br>ORDER |

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 3).  Upon consideration,

**IT IS ORDERED:**

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 3) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 9th day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge